AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

JOHN WALLACE HUMPHREY,

    Petitioner,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:04-cv-00700-LRH-VPC**

E.K. McDANIELS, et al.,

    Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus (Document #7) is DENIED in its entirety.

  June 12, 2008              **LANCE S. WILSON**
                                          Clerk

                               /s/ Katie Lynn Ogden
                                Deputy Clerk